# **EXHIBIT B**

| CASE NO. | SUMMONS NO. | | |
|---|---|---|---|
| CV19916707 | D1 HAND | 38923954 | Rule 4 (B) Ohio |

Rules of Civil Procedure

TAMMY DECOSTA  **PLAINTIFF**
VS
CUYAHOGA COUNTY OHIO, ET AL  **DEFENDANT**

# SUMMONS

CUYAHOGA COUNTY, OHIO
C/O DEPARTMENT OF LAW
2079 EAST NINTH STREET
CLEVELAND OH 44115

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plantiff's Attorney

MICHAEL J O'SHEA
700 W. ST. CLAIR AVENUE

SUITE 110
CLEVELAND, OH 44113-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

TIMOTHY MCCORMICK
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

By _____
Deputy

DATE SENT
Jun 13, 2019

COMPLAINT FILED   06/12/2019

---

The above named party hereby waives service of summons and complaint by certified mail per waiver located in the clerk's minute book at MB 13 000001. In lieu of service by certified mail, I received a copy of the summons and complaint in the above captioned case at the address noted in the complaint, or per instructions, on _____, 20____.

_____
Print Name

_____
Signature

CMSN130

# SUMMONS IN A CIVIL ACTION — COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV19916707 | D1 HAND | 38923954 |

Rule 4 (B) Ohio
Rules of Civil Procedure

Received JUN 14 2019 Law Dept.

TAMMY DECOSTA
VS
CUYAHOGA COUNTY OHIO, ET AL

PLAINTIFF

DEFENDANT

## SUMMONS

CUYAHOGA COUNTY, OHIO
C/O DEPARTMENT OF LAW
2079 EAST NINTH STREET
CLEVELAND OH 44115

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Plaintiff's Attorney

MICHAEL J O'SHEA
700 W. ST. CLAIR AVENUE
SUITE 110
CLEVELAND, OH 44113-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

TIMOTHY MCCORMICK
Do not contact judge. Judge's name is given for attorney's reference only.

NAILAH K. BYRD
Clerk of the Court of Common Pleas

By_____
Deputy



| DATE SENT |
|---|
| Jun 13, 2019 |

COMPLAINT FILED 06/12/2019



The above named party hereby waives service of summons and complaint by certified mail per waiver located in the clerk's minute book at MB 13 000001. In lieu of service by certified mail, I received a copy of the summons and complaint in the above captioned case at the address noted in the complaint, or per instructions, on _June 14_, 20_19_.

Caura C. Chandler
Print Name

_____
Signature

FILED
JUN 14 2019
Clerk of Courts
Cuyahoga County, Ohio

CMSN130