

THE CHANDRA LAW BUILDING
1265 W. 6TH STREET, SUITE 400
CLEVELAND, OH 44113.1326
216.578.1700 OFFICE
216.578.1800 FAX
WWW.CHANDRALAW.COM

**PLAINTIFF'S EXHIBIT**
A

January 21, 2020

Via e-mail to michael@moshea.com

Michael O'Shea
700 West Saint Clair Avenue, Suite 110
Cleveland, OH 44113

Re: Subpoena to Gary Brack, R.N. in *Decosta v. Cuyahoga County, et al.*, N.D. Ohio Case No. 1:19-cv-1584

Dear Mr. O'Shea:

We represent Gary Brack, R.N. Kindly direct future correspondence regarding this matter to me.

We write regarding the subpoena you served on our client for deposition testimony in this case on February 3, 2020 at 4:00 p.m. Please allow this correspondence to confirm that our client received the subpoena and will appear as required.

We trust that the deposition will conclude by the close of business. If you anticipate that the deposition will last beyond 5:00 p.m., kindly respond indicating how long you expect to take so that we may plan accordingly for childcare and other personal obligations.

Very truly yours,

Ashlie Case Sletvold

Cc: Kenneth M. Rock (krock@prosecutor.cuyahogacounty.us)
Marc W. Groedel (mgroedel@reminger.com)