# Michael J. O'Shea, ESQ.

**PLAINTIFF'S EXHIBIT B**

| | |
|---|---|
| **From:** | Michael J. O'Shea, ESQ. |
| **Sent:** | Tuesday, January 21, 2020 6:31 PM |
| **To:** | Jamie Screen |
| **Cc:** | krock@prosecutor.cuyahogacounty.us; mgroedel@reminger.com; Ashlie Case Sletvold; Courtney M. Quinn; Harvey Bruner |
| **Subject:** | Re: Correspondence from Attorney Sletvold regarding subpoena to Gary Brack |

I'm just looking for the documents only at this point. If the documents are supplied to me then no appearance is necessary. Thanks for cooperating.

Sent from my iPad

**Michael J. O'Shea, Esq.**
**Lipson O'Shea Legal Group**
Hoyt Block Building - Suite 110
700 West St. Clair Avenue
Cleveland, Ohio 44113
(216) 241-0011 - office
(216) 470-8098 - cell
(440) 331-5401 - fax
michael@lipsonoshea.com
www.lipsonoshea.com


On Jan 21, 2020, at 5:39 PM, Jamie Screen <jamie.screen@chandralaw.com> wrote:

Mr. O'Shea,

Please see the attached letter from Ms. Sletvold.

Thank you.
<2020-01-21 Sletvold to O'Shea regarding Brack subpoena.pdf>

1