PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TAMMY DECOSTA, | ) | |
| | ) | CASE NO. 1:19CV1584 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CUYAHOGA COUNTY, OHIO, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 24] |

Pending is Plaintiff's Motion to Compel Compliance With Subpoenas (ECF No. 24) by non-party Gary Brack. The discovery motion does not comply with LR 37.1, which outlines a process for resolution of discovery disputes -- steps that must be taken in advance of a party's filing of a discovery motion.

The first step requires the parties to make a sincere, good faith effort to resolve the dispute.[1] Next, if the parties' sincere, good faith efforts have failed to resolve the dispute, the Court should be given informal notice, along with a certification of the effort made. This notice can be made by letter or a telephone call to chambers with both sides' counsel on the line. The Court may then choose to hold a telephonic conference or take other steps to resolve the dispute. If the Court is unable to resolve the dispute, the Court may authorize the filing of a discovery motion. LR 37.1. A discovery motion should only be filed *after* having been solicited by the Court. *See* Case Management Plan (ECF No. 13) at PageID #: 494, ¶ 11.

---

[1] Certification of these efforts will be required.

(1:19CV1584)

Plaintiff's motion is denied without prejudice to refiling, if circumstances require.

The Clerk is directed to issue a copy of this Order by regular mail to Ashlie Case Sletvold, Esq., The Chandra Law Firm LLC, The Chandra Law Building 1265 W. 6th St., Ste. 400 Cleveland, Ohio 44113

IT IS SO ORDERED.

| | |
|---|---|
| February 13, 2020 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |