PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TAMMY DECOSTA, | ) | |
| | ) | CASE NO. 1:19CV1584 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CUYAHOGA COUNTY, OHIO, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 23] |

Pending is Plaintiff's Motion to Stay Civil Proceedings Pending Disposition of Criminal Case (ECF No. 23). For good cause shown, the motion is granted.

"'[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes in its docket with economy of time and effort for itself, for counsel and for litigants,' and the entry of such an order ordinarily rests with the sound discretion of the District Court." *Ohio Envtl. Council v. U.S. Dist. Court, S. Dist. Of Ohio*, 565 F.2d 393, 396 (6th Cir. 1977) (quoting *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)).

Further proceedings in the above-entitled action are hereby stayed, subject to reopening upon written motion. No claims or defenses are waived as a result of the stay. A written motion to reopen, preferably joint, shall set forth a proposed schedule for the case going forward.

Beginning ninety (90) days from the date of this Order, counsel shall submit Joint Status Reports to the Court every ninety (90) days during the pendency of *State v. Mills*, No. CR-19-645266-A (Cuyahoga Cnty. Common Pleas filed Oct. 23, 2019). These are to be procedural

(1:19CV1584)

reports; they are not to contain substantive discussions of the merits of any claims or defenses asserted.

IT IS SO ORDERED.

| | |
|---|---|
| February 13, 2020 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |