# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Ohio
## Carl B. Stokes United States Court House

Tammy Decosta

                        Plaintiff,

v.                                                   Case No.: 1:19–cv–01584–BYP

                                                           Judge Benita Y. Pearson

Cuyahoga County, Ohio, et al.

                        Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      Notice of Hearing: Pursuant to the agreement of counsel, a conference/hearing upon the parties' discovery disputes is scheduled before Magistrate Judge George J. Limbert in Room 229 in Youngstown, Ohio on 3/6/2020 at 1:30 p.m. (Related documents [22] and [24]). (S,AA)

**PLACE**
Thomas D. Lambros
United States Courthouse & Federal Building
125 Market Street
Youngstown, OH
44503

February 18, 2020

                                                                 Sandy Opacich, Clerk
                                               Anita Ann Schenker, Deputy Clerk