IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TAMMY DECOSTA, | CASE NO: 1:19-CV-01584 |
| Plaintiff, | |
| v. | JUDGE BENITA Y. PEARSON |
| CUYAHOGA COUNTY, OHIO, et al., | |
| Defendants.# | JOINT STATUS REPORT FOR MAY 13, 2020 |

Pursuant to the Court's February 13, 2020 order staying this case, the parties hereby submit a joint status report.  Since the order entering the stay, Plaintiff has cooperated in Defendant Cuyahoga County's efforts to collect Plaintiff's medical records, which remains ongoing.  The County has obtained some medical records, and has produced the medical records it has received to the other parties in this litigation.  The County is still seeking medical records from some providers which have not yet produced records.

The criminal prosecution of Kenneth Mills, *State v. Mills,* No. CR-19-645266-A (Cuy. Comm. Pleas), remains pending, with a jury trial set to commence on October 19, 2020.

1

Respectfully submitted,

Michael P. O'Shea
Lipson O'Shea Legal Group
700 W. St. Clair Avenue, Suite 110
Cleveland, OH 44113
michael@lipsonoshea.com

Harvey B. Bruner
Ste. 110
700 St. Clair Avenue, W
Cleveland, OH 44113
harvey@harveybruner.com

*Attorneys for Plaintiff Tammy Decosta*

MICHAEL C. O'MALLEY
Prosecuting Attorney for Cuyahoga County, Ohio

   /s/ Kenneth Rock
KENNETH ROCK (0096482)
Assistant Prosecuting Attorney
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio   44113
Tel:  (216) 443-7825 Fax: (216) 443-7602
krock@prosecutor.cuyahogacounty.us

*Attorney for Defendants Cuyahoga County, Armond Budish, Eric J. Ivey (in his official capacity only), Kenneth Mills (in his official capacity only), and Sheriff Clifford Pinkney*

  /s/ Marc W. Groedel
Marc W. Groedel (0016351)
Reminger Co., L.P.A.
101 Prospect Avenue West, Suite 1400
Cleveland, Ohio 44115
Tel: (216) 687-1311
Fax: (216) 687-1841
mgroedel@reminger.com

*Attorney for Defendant Thomas Tallman, D.O.*

2