IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TAMMY DeCOSTA, | ) | CASE NO. 1:19 cv 01584 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | |
| | ) | ***JOINT STATUS REPORT*** |
| CUYAHOGA COUNTY, OHIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Court's February 13, 2020 Order staying this case, the parties hereby submit the following Joint Status Report.

The Defendants continue to identify and request Plaintiff's records from medical providers who have treated her both prior to and following the incidents that are the subject of Plaintiff's Complaint. Some records have been produced, but the Defendants continue to seek records from other providers. The Defendants also have served written discovery seeking various documents identified by Plaintiff during her deposition. The Defendants also seek to obtain recent medical records documenting Ms. Decosta's current treatment and level of disability.

The following depositions have been conducted:

    Defendant, Thomas Tallman, D.O. – August 26, 2020;

    Defendant, Sheriff Clifford Pinkney – September 11, 2020;

    Gary Brack – September 15, 2020; and

    Plaintiff, Tammy Decosta – September 21, 2020.

Currently, no further depositions have been set.  Plaintiff is expected to depose Margaret Keenan and nurse McCord Sumlin in the early part of 2021.  Plaintiff's counsel is in the process of gathering more documents from the Ohio Attorney General through subpoena and public record requests in the early part of 2021.

The criminal prosecution of co-Defendant, Kenneth Mills, *State v. Mills* No. CR-19-645266-A remains pending with jury trial set to commence on February 16, 2021.

        Respectfully submitted,

*/s/ Michael P. O'Shea*
Michael P. O'Shea (0004829)
Lipson O'Shea Legal Group
700 W. St. Clair Avenue, Suite 110
Cleveland, OH 44113
michael@lipsonoshea.com

Harvey B. Bruner
Ste. 110 - 700 St. Clair Avenue, W
Cleveland, OH 44113
harvey@harveybruner.com

*Attorneys for Plaintiff Tammy Decosta*

MICHAEL C. O'MALLEY
Prosecuting Attorney for Cuyahoga County, Ohio

*/s/ Kenneth Rock*
Kenneth Rock (0096482)
Assistant Prosecuting Attorney
The Justice Center
Courts Tower 1200 Ontario Street, 8th Floor
Cleveland, Ohio  44113
krock@prosecutor.cuyahogacounty.us

*Attorney for Defendants Cuyahoga County, Armond Budish, Eric J. Ivey (in his official capacity only), Kenneth Mills (in his official capacity only), and Sheriff Clifford Pinkney*

                           */s/ Marc W. Groedel*
                           Marc W. Groedel (0016351)
                           Reminger Co., L.P.A.
                           101 Prospect Avenue West, Suite 1400
                           Cleveland, Ohio 44115
                           mgroedel@reminger.com

                           *Attorney for Defendant Thomas Tallman, D.O.*