PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| TAMMY DECOSTA, | ) | |
|---|---|---|
| | ) | CASE NO. 1:19CV1584 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CUYAHOGA COUNTY, OHIO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

    A prior Order (ECF No. 29) provides all proceedings in the above-entitled action are stayed because not being able to depose Defendant Ken Mills pending the disposition of his criminal case "creates a huge discovery barrier for the Plaintiff." Plaintiff's Motion to Stay (ECF No. 23) at PageID #: 638. *See State v. Mills*, No. CR-19-645266-A (Cuyahoga Cnty. Ct. Common Pleas filed Oct. 23, 2019).

    The Court has reviewed the parties' Joint Status Reports (ECF Nos. 33, 35, 36, 38, and 39) filed in compliance with ECF No. 29. The Reports reveal the parties have continued to conduct discovery. Because of the COVID-19 pandemic, Mills was not tried before a jury in Cuyahoga County, Ohio Common Pleas Court until August 24, 2021. On September 10, 2021, the jury convicted Mills of two counts of falsification (Counts 2 and 3) and two counts of dereliction of duty (Counts 4 and 5). The jury acquitted Mills of a felony charge of tampering with records (Count 1). In October 2021, the state trial court merged Count 2 into Count 3 and Count 4 was merged into Count 5. The trial court imposed a six-month jail term on Count 3, and

(1:19CV1584)

a 90-day jail term on Count 5, and ordered both counts to be served consecutively for a total of nine months.  See *State v. Mills*, No. CR-19-645266-A (Cuyahoga Cnty. Ct. Common Pleas Oct. 8, 2021).  Mills appealed his conviction and sentence to the state Court of Appeals.  See *State v. Mills*, No. CA-21-110893 (Ohio App. 8th Dist. filed Oct. 8, 2021).  Mills' Reply Brief was filed on April 14, 2022.  The case has yet to be set for oral argument.  Presumably, Mills will seek leave to appeal to the Supreme Court of Ohio if the state appellate court subsequently affirms his conviction and sentence.

      Accordingly, the case at bar is administratively closed, subject to reopening upon written motion.  No claims or defenses are waived as a result of the entry of the within Order.  A written motion to reopen, preferably joint, shall set forth a proposed schedule for the case going forward.

      IT IS SO ORDERED.

| | |
|---|---|
| June 8, 2022 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |